634

## MOORE v. STATE.
### No. 25216.

Court of Criminal Appeals of Texas.
March 21, 1951.

## ROACH v. STATE.
### No. 25255.

Court of Criminal Appeals of Texas.
March 28, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense driving a motor vehicle while intoxicated. He waived a trial by jury and plead guilty before the court. His punishment was assessed at $100 fine and ten days in the county jail.

The record before us contains no statement of facts and no bills of exception. The proceedings appear to be regular in every respect and no question is presented for our consideration.

The judgment of the trial court is affirmed.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted for passing as true a certain alleged forged instrument and assessed a term of two years in the state penitentiary, and he appeals.

After this cause was tried and the appeal perfected to this court, it is made to appear by a proper affidavit that the appellant, who was confined in jail, made his escape therefrom and has remained at large since the night of February 1, 1951. Therefore, the State's Attorney moves to dismiss this appeal, which motion is accordingly granted. See Art. 824, Vernon's Ann.C.C.P.

The appeal is dismissed.